UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Alhasana Hydara

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

12 M 8410   -CR-   ( ) ( )

Defendant Alhasana Hydara_ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or _x__ teleconferencing:

__x_   Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__x_   Bail/Detention Hearing

___    Conference Before a Judicial Officer


s/ Alhasana Hydara/DY
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Defendant's Counsel's Signature

_____ Alhasana Hydara_
Print Defendant's Name

_____Donald Yannella__
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

Aug 12, 2020
Date

U.S. District Judge/U.S. Magistrate Judge